**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Truc TRAN, a.k.a. Daniel, a.k.a. Truc Trung Tran, Defendant— Appellant.**

**No. 10–50339.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 17, 2012.*

Filed Jan. 27, 2012.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. Appellant. P. 34(a)(2).

MEMORANDUM **

Truc Tran appeals from the 46–month sentence imposed following his jury-trial conviction for conspiracy to distribute methylenedioxy-methamphetamine (MDMA), in violation of 21 U.S.C. §§ 846, 841(a)(1), and possession with intent to distribute MDMA, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Tran contends that the district court procedurally erred by failing to consider whether a minor participant downward departure was warranted pursuant to U.S.S.G. § 3B1.2(b). This contention is without merit, as Tran failed to request a minor participant departure to the district court. *See United States v. Quesada,* 972 F.2d 281, 284 (9th Cir.1992).

**AFFIRMED.**

Christopher Khoo Pelham, Michael J. Raphael, Esquire, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Lawrence Jay Litman, Litman Law, Los Angeles, CA, for Defendant–Appellant.

Before: LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.